Ella H. Wendell, appellant, v. John MacKenzie et al., appellees. Gen. No. 28,423.

Bill to have deed declared a mortgage and for an accounting. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the December term, 1922. Affirmed. Opinion filed October 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Charles L. Cohns, for appellant. Samuel Wodika, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Wilhelmina Keebler, appellant, v. Joseph M. Weinstein, appellee. Gen. No. 28,444.

Action for liquidated damages for holding over after expiration of lease, for removing garbage, etc., and for expenses in forcible detainer suit and costs. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Sabath & Stafford, for appellant; Charles B. Stafford, of counsel. Morris K. Levinson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

George G. Williams et al., appellees, v. A. C. Grant et al., appellants. Gen. No. 28,457.

Action *ex contractu.* Judgment for claimants. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Rathje, Wesemann, Hinckley & Barnard, for appellants. Joseph G. Sheldon, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Bertram J. Grigsby et al., appellants, v. Ernst G. K. Anderson, appellee. Gen. No. 28,469.

Action for money paid as anticipated profit under contract for purchase of shares, by parties of the first part, on understanding, breached by defendant, that he would assist in financing deal. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Theodore A. Kolb, for appellants. George W. Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Modern Woodmen of America, on appeal of Anna G. Madary, appellant, v. Eliza J. Roy, appellee. Gen. No. 28,478.

Interpleader granted benefit society in action for benefit under certificate of deceased member. Decree granting appellant amount expended by her in dues and premiums, also certain expenses, and on delivery within 30 days of deed to cemetery lot to appellee, a further sum paid therefor by appellant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding.

Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Wyman, Hopkins, McKeever & Colbert, for appellant; Vincent D. Wyman and Austin L. Wyman, of counsel. George A. Berry, Jr., and Edward G. Berglund, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Fidelity & Deposit Company of Maryland, appellant, v. James Stenson, appellee. Gen. No. 28,487.**

Action on indemnity agreement. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Mayer, Meyer, Austrian & Platt, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Sarah Kohn, appellant, v. Joseph Bayer et al., appellees. Gen. No. 28,493.**

Bill to redeem from mortgage loan and for an accounting. Cross-bill to foreclose. Bill dismissed. Cross-bill granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

William Slack, for appellant. A. S. and E. W. Froehlich, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

**Raymond Heller, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,502.**

Judgment for personal injuries received in boarding defendant's car. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Thomas J. Symmes and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Anton Pecival and Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Nick Kesslering, appellant, v. Louis B. Larsen, appellee. Gen. No. 28,511.**

Suit for damages for automobile collision. Finding for defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Joseph O. McKiernan, for appellant. Bowles & Bowles, for appellee; Edmond W. Pottle, of counsel.

Mr. Justice Barnes delivered the opinion of the court.